UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| | |
|---|---|
| **Case No.** 2:25-cv-05645-DMG-PD | **Date:** December 23, 2025 |
| Title | *Donald Ray Swiger, Jr. v. Warden, et al.* |

Present: The Honorable:   Patricia Donahue, United States Magistrate Judge

| Isabel Verduzco | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
| N/A | N/A |

**Proceedings (In Chambers):**   **Order to Show Cause Why Unopposed Petition Should Not Be Granted**

On June 18, 2025, Petitioner Donald Ray Swiger, Jr., proceeding pro se, filed a Petition for Writ of Habeas Corpus by a Person in Federal Custody pursuant to 28 U.S.C. § 2241. Dkt. No. 1. Petitioner is a military prisoner serving a sentence imposed by court-martial and housed within the custody of the Bureau of Prisons ("BOP") pursuant to an agreement with the Department of Defense ("DOD"). *Id.* In his Petition, he alleges over detention and seeks release. *Id.*

On July 25, 2025, the Court issued an Order Requiring Response to Petition. Dkt. No. 5. On September 15, 2025, a Notice of Clerical Error was issued stating that: "it was discovered that the US Attorney for Respondent was not added at case opening. The US Attorney for Respondent is now added. Notice of Reference docket item [3] and Order Requiring Response to Petition docket item [5] have now been re-generated Re: Petition for Writ of Habeas Corpus (2241) [1]." Dkt. No. 8.

On September 29, 2025, Petitioner filed an Affidavit and on October 17, 2025, Petitioner filed a letter regarding his post release address. Dkt. Nos. 9,

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

**Case No.** 2:25-cv-05645-DMG-PD                          **Date:** December 23, 2025

Title     *Donald Ray Swiger, Jr. v. Warden, et al.*

10.  On December 5, 2025, Petitioner filed a motion requesting a status update.  Dkt. No. 11.

To date, Respondent has failed to file a response to the Petition.  Considering the clerical docketing error, on September 15, 2025, Respondent received the Order Requiring a Response.  Respondent failed to comply with that order.

The Court Hereby Orders Respondent to show cause by no later than **December 31, 2025**, why the Petition should not be granted.

IT IS SO ORDERED.