JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

DONALD RAY SWIGER, JR.,

Petitioner,

v.

WARDEN,

Respondent.

Case No. CV 25-05645-DMG-PD

**JUDGMENT**

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: September 30, 2026

DOLLY M. GEE

I U. . D S C UDGE